IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE SIMPSON,

    Petitioner,                                   JUDGMENT IN A CIVIL CASE

v.                                           Case No. 14-cv-511-jdp

WILLIAM POLLARD,

    Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition of Willie Simpson for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed for lack of authorization as a second or successive application.

| /s/ | 2/9/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |