United States District Court
Western District of Wisconsin

Willie Simpson

    Petitioner-Appellant          DC. Case 14-CV-511

v.

William Pollard

    Respondent-Appellee's

    Petitioner-Appellant Notice of Appeal

Petitioner-Appellant pro se Willie Simpson gives notice that appellant appeals the February 9, 2015 order of District Court Judge James D. Peterson U.S. District Court Eastern District of Wisconsin, Jefferson Court Building, 125 South Jefferson Street, Rm. 102 Green Bay WI. 54301, dismissal of appellant 28 U.S.C. §2241 application for writ of Habeas Corpus, to the U.S. Court of Appeals for the 7th Circuit, appellant remains indigent, unable to pay the cost of filing this appeal.

        (court copy) Signed this 14 day of Feb. 2015
        Willie Simpson pro se 331230
        Waupun Corr. Inst.
        P.O. Box 351
        Waupun WI. 53963